IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*vs.*<br><br>**DONTRE WOODRUFF** | **Case No. 3:22-cr-00018**<br><br>**Judge Trauger** |

### NOTICE OF FILING OF BODY CAMERA FOOTAGE

Pursuant to Administrative Order No. 205, Defendant Dontre Woodruff hereby gives notice that he is filing with the Clerk a thumb drive marked "Bone McAllester Norton PLLC" and "US v. Woodruff, 3:22cr18, Def. Exhibits," containing the following video files:

**Exhibit 1** in support of Defendant's Motion to Suppress, Doc. 36:

RobertRuiz_202112160911_WFC1106884_43949378.avi (body camera footage from Metropolitan Police Department Detective Robert Ruiz dated December 16, 2021, produced by the government in discovery in this case);

**Exhibit 2** in support of Defendant's Motion to Suppress, Doc. 36:

CandiceSoper_202112160912_WFC1112315_45238165.avi (body camera footage from Metropolitan Police Department Officer Candice Soper dated December 16, 2021,, produced by the government in discovery in this case);

**Exhibit 3** in support of Defendant's Motion to Suppress, Doc. 36:

ChristopherLawson_202112160911_WFC1115114_55652234.avi (body camera footage from Metropolitan Police Department Officer Christopher Lawson dated December 16, 2021, produced by the government in discovery in this case); and

**Exhibit 4** in support of Defendant's Motion to Suppress, Doc. 36:

BenjaminCole_202112160908_WFC1125217_14863342.avi (body camera footage from Metropolitan Police Department Officer Benjamin Cole dated December 16, 2021, produced by the government in discovery in this case).

Dated July 5, 2022.

          Respectfully submitted:

          s/W. Justin Adams
          W. Justin Adams, TNBPR#022433
          SPENCER FANE LLP
          511 Union Street, Suite 1000
          Nashville, Tennessee 37219
          615-238-6346 (Telephone)
          615-238-6301 (Facsimile)
          wjadams@spencerfane.com

          Counsel for Dontre Woodruff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via the Court's ECF system on July 5, 2022, on:

Rachel M. Stephens, Esq.
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
rachel.stephens2@usdoj.gov

s/W. Justin Adams